AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court

for the
Western District of New York

UNITED STATES DISTRICT COURT FILED APR 08 2016 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

United States of America

v.

Joshua Zak

*Defendant*

Case No. 16-M-56
(SEALED)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 11, 2015, in the County of Erie, in the Western District of New York, the defendant violated Title 18 U.S.C. Section 2252A(a)(5)(B), such offense described as follows:

1) The defendant did knowingly possess material which contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8) that have been shipped or transported using any means and facility of interstate and foreign commerce, that have been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, or that were produced using materials that had been mailed or shipped or transported in and affecting interstate and foreign commerce by any means, including by computer.

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

RANDALL E. GARVER
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 8, 2016

*Judge's signature*

City and State: Buffalo, New York

HONORABLE H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Randall E. Garver, being duly sworn, depose and state:

## INTRODUCTION

1. I am a Special Agent of the Federal Bureau of Investigation and entered on duty in May 2006. I am currently assigned to the Buffalo Field Office and work on cases associated with the Violent Crimes Against Children program, which targets individuals involved in the online sexual exploitation of children. As part of these duties, I have become involved in the investigation of suspected violations of Title 18, United States Code, Sections 2251, 2252, 2252A, 2422, and 2423. I have also participated in various FBI mandated and volunteer training for the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography.

2. I make this affidavit in support of a criminal complaint charging **JOSHUA ZAK** ("ZAK"), with violations of Title 18, United States Code, Section 2252A(a)(5)(B) [knowing possession of child pornography that has been mailed, or, using any means or facility of interstate or foreign commerce, been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer].

3. The statements contained in this affidavit are based on my involvement in this investigation, as well as information provided to me by other law enforcement officers in this investigation, and upon my training and experience as a Special Agent of the FBI.

Because this affidavit is being submitted for the limited purpose of seeking a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts necessary to establish probable cause to believe that ZAK knowingly violated Title 18, United States Code, Sections 2252A(a)(5)(B).

4. On September 8, 2015, a federal search warrant was issued for the defendant's residence in Buffalo, New York, in the Western District of New York, based on probable cause to believe ZAK had committed violations of Title 18 USC Section 2252A. On September 11, 2015, law enforcement from the Buffalo Division of the FBI conducted a search of the defendant's residence, 124 Saint Mary's Road, Buffalo, New York, pursuant to the search warrant. Among other digital media, law enforcement seized a Hewlett Packard Pavilion desk top computer from an upstairs room labeled "Room I" by the law enforcement search team.

5. Coincident to the search, law enforcement conducted a non-custodial interview of ZAK. When asked why law enforcement was searching his home, ZAK said it must be due to his online pornography, and added it was either "jail bait" or "something younger." I know the term "jail bait" to refer to teen aged girls. ZAK advised that there would be child pornography present on his personal computer (the Hewlett Packard Pavilion desk top computer located in "Room I"), the youngest image of which was about 10 years old. ZAK said he downloaded a lot of child pornography to his hard drives. He told interviewing officers that he used pornography, to include child pornography, as an escape. In fact, ZAK admitted that he got bored with other pornography so he then sought

7. The hard drive inside of the Hewlett Packard desktop computer owned by ZAK was manufactured outside of New York State.

## CONCLUSION

8. Based upon the foregoing, I respectfully submit that I have probable cause to believe that **JOSHUA ZAK**, has violated Title 18, United States Code, Section 2252A(a)(5)(B) [knowing possession of child pornography that has been mailed, or, using any means or facility of interstate or foreign commerce, been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer].

Randall E. Garver, Special Agent
Federal Bureau of Investigation

Sworn to before me this 8th

day of April, 2016.

HONORABLE H. KENNETH SCHROEDER, JR.
United States Magistrate Judge